# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 29, 2025

Alfred Lenoris Davis
627 SOUTHRIDGE RD
DELRAY BEACH, FL 33444

Maurice Symonette
15020 S RIVER DR
MIAMI, FL 33167

Appeal Number: 25-12310-A
Case Style: In re: Alfred Davis, et al
District Court Docket No: 1:24-cr-20051-JEM-1

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

PRO-8 Ltr Entry of Dismissal Mandamus

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-12310-A
_____

In re: ALFRED LENORIS DAVIS,
MAURICE SYMONETTE,

                                                            Petitioners.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Southern District of Florida
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this petition is hereby DISMISSED for want of prosecution because the Petitioners Alfred Lenoris Davis and Maurice Symonette failed to pay the filing and docketing fees to the clerk of this court and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective July 29, 2025.

                              DAVID J. SMITH
          Clerk of Court of the United States Court
            of Appeals for the Eleventh Circuit

                                                  FOR THE COURT - BY DIRECTION